1  DUANE MORRIS LLP
   Karineh Khachatourian (CA SBN 202634)
2  kkhachatourian@duanemorris.com
   Patrick S. Salceda (CA SBN 247978)
3  psalceda@duanemorris.com
   David T. Xue, Ph.D. (CA SBN 256668)
4  dtxue@duanemorris.com
   2475 Hanover Street
5  Palo Alto, CA  94304-1194
   Telephone: 650.847.4150
6  Facsimile: 650.847.4151

7  Attorneys for Plaintiff
   ANKI, INC.
8

9                       **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN FRANCISCO DIVISION**

12 | ANKI, INC., | Case No. 3:15-cv-01189-WHO |
   |---|---|
13 | Plaintiff, | |
14 | v. | **ORDER GRANTING PLAINTIFF ANKI, INC.'S** *EX PARTE* **APPLICATION FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
15 | CHINA INDUSTRIES LTD T/A WOW! STUFF, | |
16 | Defendant. | |
17 | | Judge:  The Honorable William H. Orrick |
18 | | Complaint Filed:  March 12, 2015 |

---

ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE CASE NO. 3:15-CV-01189-WHO

Having considered Plaintiff Anki, Inc.'s ("Anki") *Ex Parte* Application for an Order Continuing the Initial Case Management Conference, and the Declaration of Karineh Khachatourian in Support thereof, the Court hereby grants, based on good cause shown, Anki's *Ex Parte* Application and adopts the following proposed schedule for the Initial Case Management Conference:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| L/D to Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection and Discovery Plan & File ADR Certifications | March 31, 2015 | **July 14**, 2015 |
| File Rule 26 Case Management Statement & Complete Initial Disclosures | April 14, 2015 | **August 4**, 2015 |
| Initial Case Management Conference | April 21, 2015 | **August 11**, 2015 |
| Deadline to serve disclosure of asserted claims and infringement contentions. | May 5, 2015 | **August 18**, 2015 |

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
WILLIAM H. ORRICK
United States District Judge

DM2\5562147.1