DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
David T. Xue, Ph.D. (CA SBN 256668)
dtxue@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone:  650.847.4150
Facsimile:  650.847.4151

Attorneys for Plaintiff
ANKI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANKI, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CHINA INDUSTRIES LTD T/A WOW! STUFF,<br><br>        Defendant. | Case No. 3:15-cv-01189-WHO<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: March 12, 2015<br><br>Judge: Hon. William H. Orrick |

WHEREAS, on December 22, 2015, Plaintiff Anki, Inc. ("Anki") and Defendant China Industries Ltd. T/A WOW! Stuff entered into a settlement agreement addressing all issues and controversies in the above-entitled action pursuant to FED R. CIV. P. 41(a).

THEREFORE, IT IS STIPULATED AND AGREED between the parties, through their respective counsel of record herein, that:

1) Anki's Complaint shall be dismissed without prejudice;

2) The parties shall each bear their own costs, expenses, and attorneys' fees; and

3) All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED**

Dated:  December 23, 2015          Respectfully Submitted,

DUANE MORRIS LLP

By:  */s/ Karineh Khachatourian*
Karineh Khachatourian
Attorneys for Plaintiff
ANKI, INC.

Dated:  December 23, 2015          DHILLON LAW GROUP INC.

By:  */s/ Brandon Baum*
Brandon Baum
Attorneys for Defendant
CHINA INDUSTRIES LTD T/A WOW! STUFF

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that Case No. 3:15-cv-01189-WHO is dismissed without prejudice.

Dated: December 28, 2015          _____
UNITED STATES DISTRICT JUDGE